IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HANS KAISER,
    Plaintiff,

vs.                                Case No.: 3:19cv3637/LAC/EMT

TIM MILLS, et al.,
    Defendants.
_____/

## **ORDER**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated October 10, 2019 (ECF No. 5). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Chief Magistrate Judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i), 1915A(b)(1);

3. The clerk must enter judgment accordingly and close this case.

**DONE AND ORDERED** this 4th day of November, 2019.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**